\IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **WESTERN EXPRESS, INC.,** | ) | |
| Plaintiff/Cross-defendant, | ) | |
| v. | ) | CIVIL ACTION NO. 03-0886-CG-B |
| **U.S. INSURANCE GROUP, L.L.C.,** | ) | |
| Defendant/Cross-claimant. | ) | |

## ORDER

This matter is before the court on motion of Western Express, Inc. to dismiss the cross-claim of U.S. Insurance Group, L.L.C. ("USIG") (Doc. 95) and USIG's response thereto (Doc. 97). This court previously dismissed the claims of Virginia Surety Co., Inc. against all defendants and realigned Western Express as a party plaintiff. (Doc. 85). Upon USIG's motion, the court then dismissed the cross-claim of Western Express, Inc. against USIG for lack of subject matter jurisdiction. In its response, USIG concedes that its cross-claim against Western Express is also due to be dismissed for lack of subject matter jurisdiction.

Upon consideration, Western Express's motion to dismiss (Doc. 95) is **GRANTED** and it is hereby **ORDERED, ADJUDGED and DECREED** that the cross-claim of U.S. Insurance Group, L.L.C. against Western Express, Inc. in the above-styled cause is **DISMISSED, without prejudice**, for lack of subject matter jurisdiction.

**DONE and ORDERED** this 6th day of June, 2005.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE